JACOB HENNIG, as Administrator, etc., Respondent, *v.* DANIEL W. CALDWELL, as Receiver, etc., Appellant.

(Argued January 17, 1893;  decided February 7, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 29, 1892, which affirmed a judgment in favor of

plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*John G. Millburn* for appellant.

*C. M. Bushnell* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.